### E. N. CASSELLS v. JOHN KINNEY ET AL.

The petition for writ of error should state the residence of the defendant in error, or that his residence is unknown.

ERROR from Goliad. Tried below before the Hon. D. D. Claiborne.

*J. Payne*, for motion to dismiss, cited 10 Texas, 352, Roberts *v.* Sollibellus; 33 Texas, 680, Jordan v. Terry.

McADOO, J.—The petition for writ of error in this cause does not state the place of the residence of the defendant in error, nor does it allege that the place of his residence is unknown.

The writ of error in no manner cures this defect, for *it* does not state the residence of the defendant in error.

On the authority of Roberts v. Sollabellus, 10 Texas, 352, and Jordan v. Terry, administrator, 33 Texas, 380, the motion to dismiss the cause must prevail.

DISMISSED.